AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br><br>Emerardo Abisai Vasquez-Lopez,<br><br>**Defendant.** | ) | Case No. 5:26-MJ-234 (MJK) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of on or about October 2026 in the county of Oswego in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2251(a); 2251(a)(1) and 2252A(a)(5)(B) | Sexual Exploitation of a Child, Transportation of Child Pornography and Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

AARON C DABBACK Digitally signed by AARON C DABBACK Date: 2026.10.09 09:47:23 -04'00'

*Complainant's signature*

Aaron Dabback, Special Agent

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: October 9, 2026

Mitchell J Katz Digitally signed by Mitchell J Katz Date: 2026.10.09 11:23:40 -04'00'

*Judge's signature*

City and State: Syracuse, New York

Hon. Mitchell J. Katz, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Aaron Dabback, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent employed by the Department of Homeland Security, Homeland Security Investigations ("HSI") and have been so employed since March 2023. As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). I have completed the Criminal Investigator Training Program and Homeland Security Investigations Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia. During basic training, I received instruction on conducting online child pornography investigations. Prior to my tenure as a Special Agent, I served four years in the United States Marine Corps as an infantryman. I graduated from Lock Haven University with a Bachelor's Degree in Criminal Justice, and a Master's Degree in Criminology from Indiana University of Pennsylvania. Through my training, experience, and interaction with other Special Agents and law enforcement personnel, I have become familiar with the methods of operation used by people who are involved with offenses involving the sexual exploitation of children, including the use of the Internet to further those offenses. I have also participated in investigations involving offenses related to the sexual exploitation of children, including preparing and executing search warrants in child pornography and child exploitation investigations.

2. This affidavit is made in support of an application for a criminal complaint charging the defendant, Emerardo Abisai VASQUEZ-LOPEZ, with violations of 18 U.S.C. §§ 2251(a) (Sexual Exploitation of a Child), 2252A(a)(1) (Transportation of Child Pornography), and 2252A(a)(5)(B) (Possession of Child Pornography) (the "SUBJECT OFFENSES").

3. The statements contained in this affidavit are based upon my investigation and information provided to me by other agents. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant has committed the SUBJECT OFFENSES.

## II. THE INVESTIGATION AND PROBABLE CAUSE

4. In October 2026, law enforcement received a Cybertip from the National Center for Missing and Exploited Children ("NCMEC") indicating that the user of a Google account had uploaded images of child pornography onto Google's servers.

5. After receiving the initial Cybertip, 13 additional Cybertips were discovered that had been submitted by Google, associated with the same account. The original Cybertip, as well as several of the additional Cybertips received indicated possible production of child pornography, as they noted multiple files appeared unfamiliar to NCMEC and therefore may depict newly produced content.

6. Additional investigation revealed the account associated with the uploads of the child pornography referenced in the Cybertips was associated with the defendant, Emerardo Abisai VASQUEZ-LOPEZ, who currently resides in the Oswego, New York area. After the Cybertips were initially received by law enforcement, Internet Crimes Against Children (ICAC) Task Force officers applied for and were granted a search warrant signed by Albany County Court Judge William Little, allowing investigators to view images associated with the Cybertips. One of the files associated with the Cybertips is described as follows:

a. A video, approximately four minutes and five seconds long, depicting a male digitally penetrating, licking, and rubbing the exposed vagina of a pre-pubescent female child, approximately eight to ten years old ("MV1").

7. The media file associated with the originally reported Cybertip and at least twenty additional media files associated with the other related Cybertips were reviewed by your affiant and were determined to be child pornography.

8. On October 8, 2026, a state search warrant was executed in connection with the ongoing investigation of the defendant, which authorized a search of VASQUEZ-LOPEZ's Oswego, New York, residence as well as VASQUEZ-LOPEZ's person. During the warrant's execution, your affiant encountered VASQUEZ-LOPEZ, who agreed to speak with your affiant at the New York State Police barracks in Fulton, New York. At the outset of the recorded interview, VASQUEZ-LOPEZ was read his *Miranda* rights in both English and Spanish. VASQUEZ-LOPEZ acknowledged his rights, waived them, and agreed to speak with law enforcement. During the post-*Miranda* interview, VASQUEZ-LOPEZ admitted that he owned and controlled the Google account associated with the child pornography uploads discussed above. VASQUEZ-LOPEZ told investigators he knew child pornography was on his Google account and that he had uploaded and downloaded child pornography between devices and his Google account. VASQUEZ-LOPEZ was shown a still frame image from one of the child pornography videos that depicted a birth mark shown on MV1's body. VASQUEZ-LOPEZ stated he knew who the birth mark belonged to and provided investigators with the identity of MV1. VASQUEZ-LOPEZ admitted to recording the video, and additional videos depicting him sexually abusing MV1, with a cellular device between August and October of 2024. VASQUEZ-LOPEZ told investigators that MV1 was between the ages of seven and nine when the abuse took place. VASQUEZ-LOPEZ was

shown one of the videos of him recording the sexual abuse of MV1 that was reported in a Cybertip and admitted to the abuse and recording of the abuse. The video is described as follows:

a. A video, approximately two minutes and six seconds long and depicts VASQUEZ-LOPEZ wearing a grey shirt with a large white cat printed on it. MV1 is shown wearing black shorts and pink underwear. At approximately the forty-three second mark VASQUEZ-LOPEZ uses his hands to pull down MV1's shorts and underwear to expose her vagina then manipulates her vagina with his fingers. Throughout the rest of the video, VASQUEZ-LOPEZ is shown licking and penetrating MV1's vagina with his penis.

9. VASQUEZ-LOPEZ informed investigators he has received and downloaded child pornography on his cellular device on an encrypted messaging platform. Further, VASQUEZ-LOPEZ told investigators he has used the same encrypted messaging platform to send himself images of child pornography between different cellular devices.

10. During the search of VASQUEZ-LOPEZ's person and his Oswego residence, several electronic devices were recovered, including an iPhone 17 Pro Max and a Motorola Moto G Stylus 5G-2023, both of which were manufactured outside the state of New York. VASQUEZ-LOPEZ provided law enforcement the PIN code to his iPhone 17 Pro Max during a consensual encounter at his residence. After waiving his *Miranda* rights and agreeing to speak with investigators, VASQUEZ-LOPEZ provided law enforcement the PIN codes to the Motorola Moto G Stylus 5G-2023 and additional devices. A manual review of the iPhone 17 Pro Max revealed that the device contained several images and videos of child pornography, including the image described in paragraph 8a, as well as the following:

a. A video, approximately five minutes and seven seconds long, depicting a female child, approximately ten to twelve years old wearing pink ears and red lingerie, accompanied by an adult male wearing a red comic hero mask. At approximately the two minute and thirty second mark, the male places the female child on a chair inserts his fully erect penis into the female child's anus or vagina from behind her.

11. A manual review of VASQUEZ-LOPEZ's Motorola Moto G Stylus 5G-2023 revealed that the device contained several images and videos of child pornography, including files bearing indications that they were downloaded from an encrypted messaging application. The child pornography files included the following:

a. A video bearing the filename VID-20250818-WA0691.mp4, approximately two minutes and nine seconds long. The video depicts a pre-pubescent female child, approximately age eight to ten wearing a red shirt and blue skirt. As the video plays, the female child performs oral sex on an adult male's penis. At approximately the one minute and five second mark, the child is shown face down on a bed without pants, exposing her anus and vagina. The male performs anal sex on the child.

12. VASQUEZ-LOPEZ was shown several images depicting child pornography from the Cybertips. VASQUEZ-LOPEZ acknowledged that he recognized the files, said that he knew the files depicted actual minors engaged in sexually explicit conduct, and admitted that they would be on his devices.

## III. CONCLUSION

13. Based on the above information, there is probable cause to believe that Emerardo Abisai VASQUEZ-LOPEZ has violated 18 U.S.C. §§ 2251 (Sexual Exploitation

of a Child), 2252A(a)(1) (Transportation of Child Pornography), and 2252A(a)(5)(B) (Possession of Child Pornography).

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

AARON C DABBACK Digitally signed by AARON C DABBACK Date: 2026.10.09 09:48:16 -04'00'

Aaron Dabback, Special Agent
Homeland Security Investigations

I, the Honorable Mitchell J. Katz, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by video conference on October 9, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Digitally signed by Mitchell J Katz Date: 2026.10.09 11:24:13 -04'00'

Hon. Mitchell J. Katz
United States Magistrate Judge