# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Albany Office

54 State St.
3RD FLOOR
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX


October 14, 2026

Hon. Mitchell J. Katz
United States Magistrate Judge
James M. Hanley Federal Building
100 S. Clinton Street
Syracuse, NY 13261

**RE: United States v. Emerardo Vasquez Lopez**
**Case No.: 26-mj-234 (MJK)**

Dear Judge Katz:

A detention hearing in this matter is scheduled for October 15, 2026, at 2:30 p.m. Please be advised that at this point, Mr. Vasquez Lopez wishes to waive his right to a timely detention hearing, while reserving his right to request one in the future.

Thank you,

Gabrielle DiBella
Asst. Federal Public Defender