IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v. Case No.: 5:26-MJ-234 (MJK)

EMERARDO ABISAI VASQUEZ-LOPEZ,

Defendant.

---

ADRIAN LAROCHELLE, Assistant United States Attorney
GABRIELLE DIBELLA, Assistant Federal Public Defender

MITCHELL J. KATZ, United States Magistrate Judge

ORDER APPROVING WAIVER OF DETENTION HEARING

Defendant has been charged with Sexual Exploitation of a Child, in violation of Title 18 U.S.C. Section 2251(a); Transportation of Child Pornography, in violation of Title 18 U.S.C. Section 2251(a)(1) and Possession of Child Pornography, in violation of Title 18 U.S.C. Section 2252A(a)(5)(B). (Dkt. No. 1.)

By letter dated October 14th, 2026, the defendant, through counsel, confirmed his voluntary waiver of his right to a timely detention hearing. In announcing that waiver, defendant's counsel advised that she had explained the nature of the detention hearing to the defendant, including the consequences of any waiver of the timely right to such hearing, and that the defendant was knowingly and voluntarily waiving his timely right to the hearing with full knowledge of the consequences thereof. Defendant reserved his right to renew his application for a detention hearing at a later time.
Based upon the foregoing, including defendant's voluntary representations, it is hereby

ORDERED, that defendant's waiver of his right to a timely detention hearing without prejudice, which I find to have been knowing, intelligent and voluntary, is accepted; and it is further

ORDERED, that defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: October 14th, 2026

Mitchell J. Katz
Mitchell J. Katz
U.S. Magistrate Judge